UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>            Plaintiff,<br><br>      v.<br><br>M. STEWART, et al.,<br><br>            Defendants. | No.  1:15-cv-01828-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 24)<br><br>**THIRTY (30) DAY DEADLINE** |

   Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendant Garcia for excessive force, Defendant Neighbors for failure to protect Plaintiff from the use of force, and Defendants Garcia, Neighbors, and Stewart for failure to decontaminate plaintiff's cell. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 15, 2017, Defendant Stewart filed a motion for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies.  (ECF No. 24.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment.  Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957

1  (9th Cir. 1988); <u>Klingele v. Eikenberry</u>, 849 F.2d 409, 411–12 (9th Cir. 1988).  (ECF No. 24-3.)
2  Plaintiff's response was due within twenty-one (21) days of the date of service of Defendant's
3  motion.  That deadline has passed, but Plaintiff has not filed an opposition or statement of non-
4  opposition to the motion.  Plaintiff also has not otherwise communicated with the Court.

5       Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a
6  statement of non-opposition to Defendant's motion within **thirty (30) days**.  **Plaintiff is warned**
7  **that the failure to comply with this order may result in the imposition of sanctions,**
8  **including a recommendation to dismiss this action.**

10  IT IS SO ORDERED.

11  Dated:   **July 19, 2017**                    /s/ *Barbara A. McAuliffe*
12                                               UNITED STATES MAGISTRATE JUDGE