# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK, | ) No.: 1:15-cv-01828-DAD-BAM (PC) |
| Plaintiff, | ) ORDER TO RECAPTION CASE |
| v. | ) |
| G. GARCIA, et al., | ) |
| Defendants. | ) |

Currently, this matter proceeds only on Plaintiff's claim against Defendants G. Garcia and J. Neighbors. Defendants Chen, Hutchinson, Lewis, Pfeiffer, Karlow, and Rimbach were previously dismissed on January 6, 2017. (ECF No. 17.) Defendant Stewart was recently dismissed on March 21, 2018. (ECF No. 43.)

Consequently, the caption shall be as reflected above, and the docket shall be corrected accordingly.

IT IS SO ORDERED.

Dated: **March 26, 2018**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE