# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK, | No.: 1:15-cv-01828-DAD-BAM (PC) |
| Plaintiff, | ORDER DENYING DEFENDANTS' SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER, AS MOOT |
| v. | |
| G. GARCIA, et al., | |
| Defendants. | [Doc. 49] |

Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed on May 9, 2018. (Doc. 49.) Defendants sought to modify the discovery and scheduling order to postpone the June 22, 2018 discovery deadline and the July 23, 2018 dispositive motion deadline for sixty-days, pending the outcome of Defendants' request for a ruling pursuant to the Ninth Circuit Court of Appeals' decision in *Williams v. King*, 875 F.3d 500 (9th Cir Nov. 9, 2017).

On May 14, 2018, the Court denied Defendants' request for a ruling. Accordingly, Defendants' second motion to modify the discovery and scheduling order is HEREBY DENIED, as moot.

IT IS SO ORDERED.

Dated: **May 15, 2018**                /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE