# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. GARCIA, et al.,<br><br>　　　　Defendants. | No.: 1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS<br><br>[Doc. 53] |

Plaintiff Reginald Ray York is a state prisoner proceeding *pro se* in this civil action pursuant to 42 U.S.C. § 1983.

On May 21, 2018, Defendants filed a motion for an order terminating this action as a sanction for Plaintiff's failure to respond to discovery and comply with a court order. (Doc. 53.) Pursuant to Local Rule 230(l), Plaintiff's opposition to the motion, if any, was due within twenty-one (21) days of the date of service of that motion. That deadline has passed, and no opposition or statement of non-opposition was filed.

Accordingly, it is HEREBY ORDERED that Plaintiff shall file a response to Defendants' motion for sanctions within **thirty (30) days** of this order. <u>The failure to comply with this order may result in a recommendation for sanctions, including dismissal of this action</u>.

IT IS SO ORDERED.

　Dated: __June 21, 2018__　　　　　　　/s/ Barbara A. McAuliffe　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE