# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>G. GARCIA, et al.,<br><br>    Defendants. | No.: 1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[Doc. 59] |

Plaintiff Reginald Ray York is a state prisoner proceeding *pro se* in this civil action pursuant to 42 U.S.C. § 1983.

On May 21, 2018, Defendants filed a motion for an order terminating this action as a sanction for Plaintiff's failure to respond to discovery and comply with a court order. (Doc. 53.) That motion remains pending.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, with a declaration in support. (Doc. 59.) The current dispositive motion filing deadline in this case is July 23, 2018. (Doc. 45.) Defendants seek to extend the dispositive motion deadline until after the Court has ruled on Defendants' motion for sanctions, because the sanctions motion may dispose of the case in its entirety. Alternatively, any evidentiary sanction against Plaintiff may affect the preparation of a summary judgment motion.

The Court finds good cause to modify the discovery and scheduling order under the circumstances. Fed. R. Civ. P. 16(b)(4). Because the Court expects a quick determination of the pending sanctions motion, the Court will extend the current dispositive motion deadline by ninety (90) days.

Accordingly, Defendants' motion to modify the discovery and scheduling order, filed on July 12, 2018, is HEREBY GRANTED. The deadline for filling a dispositive motion is extended until **October 22, 2018**.

IT IS SO ORDERED.

Dated: **July 17, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE