# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br>　　　　　Plaintiff,<br><br>v.<br><br>G. GARCIA, et al.,<br>　　　　　Defendants. | Case No. 1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT REGINALD RAY YORK, CDCR # J-40227, PLAINTIFF<br><br>DATE: November 8, 2019<br>TIME:  8:30 a.m. |

　　　REGINALD RAY YORK, inmate, CDCR # J-40227, a necessary and material witness on his own behalf in a settlement conference in this case on November 8, 2019, is confined at California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, CA 93536-7620, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212 on November 8, 2019, at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Los Angeles County**

　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 8, 2019**　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

