# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>    Plaintiff,<br><br>    v.<br><br>G. GARCIA, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR CHANGE OF VENUE<br><br>(ECF No. 83) |

Plaintiff Reginald Ray York is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for change of venue, filed on October 18, 2019. (ECF No. 83.) Plaintiff requests that the Court allow him to appear for his video settlement conference at California State Prison, Los Angeles County, where he is currently housed, rather than being transferred to California State Prison, Corcoran for the video settlement conference. Plaintiff asserts that his transfer to California State Prison, Corcoran in order to appear at a video settlement conference serves no purpose except for undue harassment and will cause him to be subjected to being placed in administrative segregation, denied contact visits, denied legal supplies, and a loss of personal property.

Although Defendants Garcia and Neighbors have not an opportunity to respond to Plaintiff's request to change venue, the Court finds that a response from Defendants is

1

unnecessary, and the motion is deemed submitted. Local Rule 230(l).

Plaintiff's motion appears to be based on a misunderstanding about the November 8, 2019 settlement conference. Plaintiff will not be appearing at the settlement conference by videoconference. Instead, Plaintiff is being transferred to California State Prison, Corcoran so that he can personally appear at the settlement conference that will be conducted at the prison by Magistrate Judge Stanley A. Boone. Therefore, Plaintiff's transfer to California State Prison, Corcoran is not for the purpose of unduly harassing Plaintiff. Further, Plaintiff has failed to establish that he will be denied contact visits, denied legal supplies, or that his personal property will be permanently lost or destroyed if he is transferred to California State Prison, Corcoran for the settlement conference.

Accordingly, it is HEREBY ORDERED that Plaintiff's request for change of venue, (ECF No. 83), is DENIED.

IT IS SO ORDERED.

Dated: **October 21, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE