UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE REGINALD RAY YORK, CDCR # J-40227 |

Plaintiff Reginald Ray York is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 8, 2019. Inmate Reginald Ray York, CDCR # J-40227 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 8, 2019**

UNITED STATES MAGISTRATE JUDGE

1