UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>    Plaintiff,<br><br>    v.<br><br>G. GARCIA, *et al.*,<br><br>    Defendants. | Case No.  1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO SUBPOENA NON-PARTIES FOR DOCUMENTS AND FURTHER DISCOVERY<br><br>(ECF No. 102)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is currently set for a jury trial commencing November 3, 2020 before District Judge Dale A. Drozd.

Currently before the Court is Plaintiff's renewed motion to subpoena non-parties for documents and further discovery, filed April 30, 2020.  (ECF No. 102.)  The Court finds it appropriate to obtain a response from Defendants regarding the motion.  Accordingly, Defendants shall file a response to Plaintiff's motion within **twenty-one (21) days** from the date of service of this order.  Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendants' response.

IT IS SO ORDERED.

Dated:   **May 4, 2020**              /s/ *Barbara A. McAuliffe*              
                                      UNITED STATES MAGISTRATE JUDGE

1