# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>    Plaintiff,<br><br>    v.<br><br>GARCIA, *et al.*,<br><br>    Defendants. | Case No.  1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER VACATING TRIAL DATE, TELEPHONIC TRIAL CONFIRMATION HEARING DATE, AND DEADLINES SET IN AMENDED SECOND SCHEDULING ORDER<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>**Date: October 7, 2020**<br>**Time: 9:30 a.m.** |

    Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Pursuant to the Amended Second Scheduling Order issued February 21, 2020, this action is currently set for a telephonic trial confirmation hearing on September 8, 2020 and a jury trial commencing November 3, 2020 before District Judge Dale A. Drozd.  (ECF No. 100.)  That order set forth deadlines for the filing of pretrial motions and pretrial statements.  The parties were also reminded that District Judge Drozd was at that time, and remains, the sole active District Judge in this Division, and may not be available to conduct the pretrial conference and trial in this action. (Id.; See ECF No. 98.)

    Since the issuance of the Amended Second Scheduling Order, there has also been an outbreak of the novel coronavirus, or COVID-19, which has required the closure of the

courthouse to the public, and further delays to in-person proceedings in all matters before the Court.  The Courthouse remains closed and no jury trials are scheduled for the foreseeable future.  In light of the ongoing judicial emergency in the Eastern District of California, (ECF No. 98), as well as the evolving circumstances surrounding the COVID-19 crisis, the Court finds it appropriate to vacate the September 8, 2020, telephonic trial confirmation hearing, and the November 3, 2020 trial date in this action.  These dates will be reset at a later time, as circumstances allow.

The Court will also set a telephonic status conference for October 7, 2020, at 9:30 a.m. to discuss resetting the relevant deadlines and trial date.

Accordingly, IT IS HEREBY ORDERED that:

1. The telephonic trial confirmation hearing date of September 8, 2020 is VACATED;
2. The trial date of November 3, 2020 is VACATED;
3. The deadlines for submission of pretrial statements and motions for attendance of incarcerated and unincarcerated witnesses as set forth in the February 21, 2020 Amended Second Scheduling Order are VACATED.  These deadlines will be reset upon confirmation of the continued trial date;
4. A telephonic status conference is set for **October 7, 2020, at 9:30 a.m.** before the undersigned in Courtroom 8 (BAM);
5. The parties shall appear telephonically by using the following dial-in number and passcode at the time set for the hearing: **dial-in number 1-877-411-9748; passcode 3219139**; and
6. Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed.

IT IS SO ORDERED.

Dated:   **June 30, 2020**              /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE