# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER CONTINUING TELEPHONIC STATUS CONFERENCE AND UPDATING DIAL-IN INFORMATION<br><br>**Telephonic Status Conference (via Zoom):**<br>Date: **November 18, 2020**<br>Time: **9:30 a.m.**<br>Judge: **Barbara A. McAuliffe** |

　　　　On June 30, 2020, the Court vacated the trial date and pretrial deadlines in this action as a result of the ongoing judicial emergency in the Eastern District of California and the evolving circumstances surrounding the COVID-19 crisis. (ECF No. 110.) This action was also set for a telephonic status conference on October 7, 2020 at 9:30 a.m. to discuss resetting the relevant deadlines and trial date. (Id.)

　　　　As a result of changing circumstances and protocols throughout CDCR in dealing with the COVID-19 crisis, the Court finds it necessary to continue the status conference and to provide **updated dial-in information** to the parties.

　　　　Accordingly, it is HEREBY ORDERED as follows:

1. The telephonic status conference is continued to **November 18, 2020, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe;

2. Plaintiff and defense counsel shall appear **telephonically (via Zoom)**;

3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;

4. Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed; and

5. Any necessary transportation writ will be issued in due course.

IT IS SO ORDERED.

Dated:   **September 24, 2020**        /s/ Barbara A. McAuliffe        _
                                       UNITED STATES MAGISTRATE JUDGE