# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>          Plaintiff,<br><br>     v.<br><br>GARCIA, *et al.*,<br><br>          Defendants. | Case No.  1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER CONTINUING TELEPHONIC STATUS CONFERENCE<br><br>**Telephonic Status Conference (via Zoom):**<br>Date:  **November 23, 2020**<br>Time:  **9:30 a.m.**<br>Judge: **Barbara A. McAuliffe** |

On June 30, 2020, the Court vacated the trial date and pretrial deadlines in this action as a result of the ongoing judicial emergency in the Eastern District of California and the evolving circumstances surrounding the COVID-19 crisis.  (ECF No. 110.)  This action was also set for a telephonic status conference on October 7, 2020 at 9:30 a.m. to discuss resetting the relevant deadlines and trial date.  (Id.)  As a result of changing circumstances and protocols throughout CDCR in dealing with the COVID-19 crisis, the status conference was continued to November 18, 2020 at 9:30 a.m., and defense counsel was ordered to arrange for Plaintiff's participation.  (ECF No. 121.)

On October 14, 2020, Defendants filed a notice regarding the prison's inability to accommodate the telephonic status conference on the currently-scheduled date.  (ECF No. 122.)  Defense counsel was informed by the Litigation Coordinator at Plaintiff's institution that the

prison is unable to accommodate the telephonic hearing on November 18, 2020, because of previously-scheduled proceedings that are occurring that day.  The Litigation Coordinator informed defense counsel that the prison can accommodate a telephonic hearing on November 23, 24, or 25, 2020, at 9:30 a.m.  (Id.)

In light of this information, the Court finds it necessary and appropriate to continue the status conference.

Accordingly, it is HEREBY ORDERED as follows:

1. The telephonic status conference is continued to **November 23, 2020, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe;
2. Plaintiff and defense counsel shall appear **telephonically (via Zoom)**;
3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;
4. Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed; and
5. Any necessary transportation writ will be issued in due course.

IT IS SO ORDERED.

Dated:   **October 15, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE