UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br>         Plaintiff,<br><br>v.<br><br>GARCIA, *et al.*,<br>         Defendants. | 1:15-cv-01828-DAD-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF REGINALD RAY YORK, CDCR # J-40227, <u>BY TELEPHONE (VIA ZOOM)</u>**<br><br>DATE: November 23, 2020<br>TIME:  9:30 a.m. |

 Reginald Ray York, inmate, CDCR #J-40227, a necessary and material witness on his own behalf in proceedings in this case on November 23, 2020, is confined at C.S.P. - Los Angeles County, 44750 60th Street West, Lancaster, CA  93536, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone (via Zoom)** before Magistrate Judge Barbara A. McAuliffe on November 23, 2020, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

 1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

 2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of C.S.P. - Los Angeles County**

 **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

 **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**: <u>October 26, 2020</u>**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

