UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>        Plaintiff,<br><br>    v.<br><br>GARCIA, *et al.*,<br><br>        Defendants. | Case No.: 1:15-cv-01828-ADA-BAM (PC)<br><br>ORDER THAT INMATE REGINALD RAY YORK IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Reginald Ray York is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on February 6, 2023. Inmate Reginald Ray York, CDCR #J-40227, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **February 6, 2023**           /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE