# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>          Plaintiff,<br><br>     v.<br><br>GARCIA, *et al.*,<br><br>          Defendants. | Case No.  1:15-cv-01828-ADA-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN WITNESS FEES FOR WITNESSES BECINA AND PALLOMINA TO STATE OF CALIFORNIA FOR RE-ISSUANCE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF ORDER ON ATTORNEY GENERAL'S OFFICE SUPERVISORS |

Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for a jury trial to begin April 25, 2023 at 8:30 a.m. in Courtroom 1 (ADA) before District Judge Ana de Alba.

On December 27, 2021, Plaintiff submitted witness fees for his unincarcerated witnesses,[1] in anticipation of a March 1, 2022 trial date.  (*See* ECF No. 152.)  The trial has since been continued to April 25, 2023.  (ECF No. 172.)

In light of the age of the checks issued (in light of the delay arising from DOVID-19) for the witness fees, and to prevent any issues with the witnesses receiving the appropriate compensation for their testimony, the Court finds it appropriate to return the checks to the State of

---

[1] Plaintiff submitted two different checks: Witness Fees for Malvin U. Pallomina in the amount of $160.69 (State of California Check #198-1173595); and Witness Fees for M. Becina in the amount of $130.72 (State of California Check #198-1173596).

1

California for re-issuance with a more current date.  <u>The checks should include the same witness information and fee amounts, but need to be re-issued and sent to the Court with a current date.</u> **<u>To avoid another continuation of the trial date in this matter, the Court requests that these checks be re-issued as soon as practicable</u>**.

    Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is DIRECTED to return the following checks to the State of California (California State Prison – Los Angeles County) **<u>for re-issuance by the State of California as soon as practicable</u>**:

    a. One State of California Check #198-1173595 in the amount of $160.96 for witness Malvin U. Pallomina, NP, submitted by Plaintiff on December 27, 2021;

    b. One State of California Check #198-1173596 in the amount of $130.72 for witness M. Becina, RN, submitted by Plaintiff on December 27, 2021;

2. In the interest of expediting this matter, the Clerk of the Court is also DIRECTED, using the Court's CM/ECF system, to serve courtesy copies of this order on:

    a. Monica Anderson, Senior Assistant Attorney General; and

    b. Lawrence Bragg, Supervising Deputy Attorney General.

IT IS SO ORDERED.

Dated: **March 22, 2023**         /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE