# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:15-cv-01828-ADA-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE REGINALD RAY YORK, CDCR #J-40227 (ECF No. 186)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE MICHAEL WASHINGTON, CDCR #V-39680 (ECF No. 187)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATORS |

　　　　Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendant Garcia for the alleged use of excessive force in violation of the Eighth Amendment and against Defendant Neighbors for the alleged failure to intervene/protect in violation of the Eighth Amendment.  This matter was set for a jury trial to begin on April 25, 2023 at 8:30 a.m. in Courtroom 1 (ADA) before District Judge Ana de Alba.

///

On April 5, 2023, a status conference was held via Zoom video and telephonic conference. As discussed on the record, the Court and the parties agreed to continue the trial date, which will be confirmed by separate order.

In addition, on March 22, 2023, the Court issued writs of habeas corpus ad testificandum directing the production of Plaintiff Reginald Ray York, inmate, CDCR #J-40227, and Plaintiff's witness Michael Washington, inmate, CDCR #V-39680, for the April 25, 2023, trial date. (ECF Nos. 186, 187.) As the Court has reset the trial date, the transportation writs for Inmates York and Washington shall be vacated.

Accordingly, it is HEREBY ORDERED as follows:

1. The writ of habeas corpus ad testificandum directing the transportation of Reginald Ray York, inmate, CDCR #J-40227, issued on March 22, 2023, (ECF No. 186), is VACATED;
2. The writ of habeas corpus ad testificandum directing the transportation of Michael Washington, inmate, CDCR #V-39680, issued on March 22, 2023, (ECF No. 187), is VACATED;
3. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinators at California State Prison Los Angeles County and High Desert State Prison, and on the Litigation Coordinator of any other institution(s) which require this information; and
4. The Court will issue all necessary transportation writs in due course.

IT IS SO ORDERED.

Dated:   **April 5, 2023**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE