UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br>　　　　　　Plaintiff,<br><br>v.<br><br>GARCIA, *et al.*,<br>　　　　　　Defendants. | 1:15-cv-01828-ADA-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF REGINALD RAY YORK, CDCR #J-40227**<br><br>DATE: August 15, 2023<br>TIME: 1:00 p.m. |

　**Reginald Ray York**, inmate, CDCR #J-40227, a necessary and material witness on his own behalf in proceedings in this case on August 15, 2023, is confined at California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, CA 93536-7620, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** in Courtroom #1, 8th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on August 15, 2023, at 1:00 p.m.

　**ACCORDINGLY, IT IS ORDERED that:**

　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;
　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.
　3. **The custodian is ordered to notify the court immediately if the inmate cannot be physically transported due to restrictions related to COVID-19.**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Los Angeles County**

　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ, and to **notify the court immediately if the inmate cannot be physically transported due to restrictions related to COVID-19.**

IT IS SO ORDERED.

Dated**:  July 11, 2023**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE