# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01828-ADA-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORT OF INMATE REGINALD RAY YORK, CDCR #J-40227 (ECF No. 197)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATOR |

　　　　Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendant Garcia for the alleged use of excessive force in violation of the Eighth Amendment and against Defendant Neighbors for the alleged failure to intervene/protect in violation of the Eighth Amendment. This case is ready to be set for a trial date.

　　　　This matter was set for an in-person hearing on August 15, 2023 at 1:00 p.m. in Courtroom 1 (ADA) before District Judge Ana de Alba.

　　　　Pursuant to the Court's order of August 11, 2023, the in-person status hearing has been vacated and a video status conference has been set for September 25, 2023 at 2:00 p.m. (ECF No. 199.) As the in-person status hearing has been vacated, the July 12, 2023 writ of habeas corpus

1

ad testificandum directing the production of Plaintiff Reginald Ray York, inmate, CDCR #J-40227, (ECF No 197), shall be vacated.

Accordingly, it is HEREBY ORDERED as follows:

1. The writ of habeas corpus ad testificandum directing the transportation of Reginald Ray York, inmate, CDCR #J-40227, issued on July 12, 2023, (ECF No. 197), is VACATED;
2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California State Prison Los Angeles County and on the Litigation Coordinator of any other institution(s) which require this information; and
3. The Court will issue any necessary transportation writ for the September 25, 2023 video status conference in due course.

IT IS SO ORDERED.

Dated:   **August 11, 2023**        /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE