# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01828-ADA-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE REGINALD RAY YORK, CDCR #J-40227 (ECF No. 201)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATORS |

　　　　Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendant Garcia for the alleged use of excessive force in violation of the Eighth Amendment and against Defendant Neighbors for the alleged failure to intervene/protect in violation of the Eighth Amendment.

　　　　This matter was set for a video status conference on September 25, 2023 at 2:00 p.m. in Courtroom 1 (ADA) before District Judge Ana de Alba. Pursuant to the Court's minute order of September 7, 2023, that video status conference is reset to January 16, 2024 at 2:00 p.m.

　　　　In addition, on August 28, 2023, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Reginald Ray York, inmate, CDCR #J-40227, for the

1

1 September 25, 2023 video status conference. (ECF No. 201.) As the Court has reset the video status conference date, the transportation writ for Inmate York shall be vacated. A transportation writ for the January 16, 2024 video status conference will be issued in due course.

Accordingly, it is HEREBY ORDERED as follows:

1. The writ of habeas corpus ad testificandum directing the production of Reginald Ray York, inmate, CDCR #J-40227, issued on August 28, 2023, (ECF No. 201), is VACATED;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California State Prison Los Angeles County, and on the Litigation Coordinator of any other institution(s) which require this information; and

3. The Court will issue all necessary transportation writs in due course.

IT IS SO ORDERED.

Dated: __September 7, 2023__          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE