# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:15-cv-01828-ADA-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN WITNESS FEES FOR WITNESSES BECINA AND PALLOMINA TO STATE OF CALIFORNIA<br><br>(ECF No. 198) |

Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is ready to be set for a jury trial and a video status conference is set for January 16, 2024, at 2:00 p.m. before District Judge Ana de Alba.

On July 14, 2023, Plaintiff submitted witness fees for his unincarcerated witnesses,[1] in anticipation of an August 15, 2023 trial date.  (*See* ECF No. 198.)

As the trial date has since been vacated and will not be reset until after the January 16, 2024 video status conference, and the required mileage fees may increase after January 1, 2024, the Court finds it appropriate to return the money orders to the State of California.  After the trial

---

[1] Plaintiff submitted two different money orders: Money Order No. 28934330084 payable to M. Becina, RN for $146.11 and Money Order No. 28934330073 payable to Malvin U. Pallomina, NP for $181.48.

1

date is reset, the Court will issue another order recalculating the witness fees and setting a new deadline for Plaintiff to submit the money orders for any witnesses he still wishes to call at trial.

**Plaintiff is reminded that he should retain the necessary balance in his inmate trust account so he has the required witness fees available to submit new money orders once the trial date is reset**.

Accordingly, the Clerk of the Court is HEREY DIRECTED to return the following money orders to the State of California (California State Prison – Los Angeles County):

1. Money Order No. 28934330084 payable to M. Becina, RN in the amount of $146.11, submitted by Plaintiff on July 14, 2023; and

2. Money Order No. 28934330073 payable to Malvin U. Pallomina, NP in the amount of $181.48, submitted by Plaintiff on July 14, 2023.

IT IS SO ORDERED.

Dated:   **September 8, 2023**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE