# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br><br>                    Plaintiff,<br><br>     v.<br><br>GARCIA, *et al.*,<br><br>                    Defendants. | Case No.  1:15-cv-01828-NODJ-BAM (PC)<br><br>ORDER RESETTING VIDEO STATUS CONFERENCE BEFORE MAGISTRATE JUDGE BARBARA A. MCAULIFFE<br><br>**Date:  May 9, 2024**<br>**Time:  9:30 a.m.** |

Plaintiff Reginald Ray York ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is ready to be set for a jury trial.  A video status conference is currently set for January 16, 2024, at 2:00 p.m. before District Judge Ana I. de Alba.

Due to the elevation of District Judge de Alba to the Ninth Circuit Court of Appeals and the temporary reassignment of this case to No District Court Judge (NODJ) until a new District Judge is appointed, the Court finds it appropriate to reset the January 16, 2024 video status conference for **May 9, 2024, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The video status conference set for January 16, 2024, at 2:00 p.m. before District Judge Ana I. de Alba is RESET for **May 9, 2024, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe;

2. Defense Counsel shall contact the Litigation Coordinator at the institution where Plaintiff is housed to confirm that the institution can accommodate Plaintiff's video appearance by Zoom at this date and time, and to provide the Litigation Coordinator with the Zoom log-in information when it is provided by the Court; and

3. The Court will issue any necessary order for Plaintiff's video appearance in due course.

IT IS SO ORDERED.

Dated: **December 4, 2023**            /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE