UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAY YORK,<br>               Plaintiff,<br><br>v.<br><br>GARCIA, *et al.*,<br><br>               Defendants. | 1:15-cv-01828-KES-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **REGINALD RAY YORK, CDCR# J-40227, BY ZOOM VIDEO CONFERENCE**<br><br>DATE: May 13, 2024<br>TIME: 11:00 a.m. |

      **Inmate Reginald Ray York, CDCR #J-40227**, a necessary and material witness on his own behalf in a Trial Confirmation Hearing in this case, is confined at California State Prison, Los Angeles County, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** from his present institution before District Judge Kirk E. Sherriff on May 13, 2024, at 11:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Los Angeles County**

      **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 15, 2024**      /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE