1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   REGINALD RAY YORK,                            )   Case No.: 1:15-cv-01828-KES-BAM (PC)
                                                   )
12            Plaintiff,                           )
                                                   )   ORDER THAT INMATE REGINALD RAY YORK
13       v.                                        )   IS NO LONGER NEEDED AS A WITNESS IN
                                                   )   THESE PROCEEDINGS, AND THE WRIT OF
14   GARCIA, *et al.*,                             )   HABEAS CORPUS AD TESTIFICANDUM IS
                                                   )   DISCHARGED
15            Defendants.                          )
                                                   )
16   _____       )

17          Plaintiff Reginald Ray York is appearing *pro se* in this civil rights action pursuant to 42 U.S.C.

18   § 1983.

19          A video settlement conference in this matter commenced on June 11, 2024.  Inmate Reginald

20   Ray York, CDCR #J-40227, is no longer needed by the Court as a witness in these proceedings, and

21   the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

22

23   IT IS SO ORDERED.

24      Dated:   **June 11, 2024**              /s/ *Barbara A. McAuliffe*

25                                              UNITED STATES MAGISTRATE JUDGE

26
27
28